UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>CABOT OIL & GAS CORPORATION, et al.,<br><br>                Defendants. | Civ. Action No. 3:20-cv-01815-CCC<br><br><u>CLASS ACTION</u><br><br>(Judge Christopher C. Conner)<br><br>DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM'S NOTICE OF ISSUANCE OF NOTICE TO PUTATIVE CLASS MEMBERS |

**PLEASE TAKE NOTICE** that, on November 13, 2020, plaintiff Delaware County Employees Retirement System's counsel caused to be published on *Business Wire* a press release announcing the pendency of the above-captioned action, the claims asserted therein, and the class period (the "Notice") as required by the Court's November 12, 2020 Memorandum "requir[ing] publication of a new notice." ECF No. 16 at 1.  Any motion for appointment as lead plaintiff is now due 60 days after the Notice's filing, or by January 12, 2021.  15 U.S.C. §78u-4(a)(3)(A)(i)(II).  A true and correct copy of the Notice is attached hereto as Exhibit A.

DATED:  November 16, 2020

Respectfully Submitted,

SAXTON & STUMP
LAWRENCE F. STENGEL (PA #32809)

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

Local Counsel

Cases\4835-3963-0802.v1-11/13/20

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mblasy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
danim@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 16, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)

E-mail:  lfs@saxtonstump.com

# Mailing Information for a Case 3:20-cv-01815-CCC Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy L. Barrette**
  amy.barrette@bipc.com,tara.klingensmith@bipc.com

- **Lawrence F. Stengel**
  lfs@saxtonstump.com,gas@saxtonstump.com

- **Peter Stokes**
  peter.stokes@nortonrosefulbright.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)