# EXHIBIT A

## ROBBINS GELLER RUDMAN & DOWD LLP FILES CLASS ACTION SUIT AGAINST CABOT OIL & GAS CORPORATION

New York – November 13, 2020 – Robbins Geller Rudman & Dowd LLP (https://www.rgrdlaw.com/cases-cabot-oil-gas-corporation-class-action-lawsuit.html) today announced that it filed a class action on behalf of an institutional investor seeking to represent purchasers of Cabot Oil & Gas Corporation (NYSE:COG) common stock during the period between October 23, 2015 and June 12, 2020 (the "Class Period"). This action was filed in the Middle District of Pennsylvania and is captioned *Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation*, No. 20-cv-1815. This notice is made pursuant to the Court's November 12, 2020 Memorandum requiring publication of a new notice. ECF No. 16.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Cabot Oil stock during the Class Period to seek appointment as lead plaintiff in the *Cabot Oil* class action lawsuit. A lead plaintiff acts on behalf of all other class members in directing the *Cabot Oil* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Cabot Oil* class action lawsuit. An investor's ability to share in any potential future recovery of the *Cabot Oil* class action lawsuit is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff in the *Cabot Oil* class action lawsuit, you must move the Court no later than 60 days from November 13, 2020. If you wish to discuss the *Cabot Oil* class action lawsuit or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, J.C. Sanchez of Robbins Geller, at 800/449-4900 or 619/231-1058 or via e-mail at jsanchez@rgrdlaw.com. You can view a copy of the complaint as filed at https://www.rgrdlaw.com/cases-cabot-oil-gas-corporation-class-action-lawsuit.html.

The *Cabot Oil* class action lawsuit charges Cabot Oil and certain of its officers with violations of the Securities Exchange Act of 1934. Cabot Oil is an independent oil and gas

company that explores for, exploits, develops, produces, and markets oil and gas properties in the United States, with a primary focus on the Marcellus Shale in Susquehanna County, Pennsylvania.

The complaint alleges that throughout the Class Period, defendants made false and misleading statements and/or failed to disclose that: (i) Cabot Oil had inadequate environmental controls and procedures and/or failed to properly mitigate known issues related to those controls and procedures; (ii) Cabot Oil failed to fix faulty gas wells that were polluting Pennsylvania's water supplies through stray gas migration; and (iii) Cabot Oil continually downplayed its potential civil and/or criminal liabilities with respect to environmental matters. These issues were foreseeably likely to subject Cabot Oil to increased governmental scrutiny and enforcement, as well as increased reputational and financial harm, and would also materially impact Cabot Oil's financial results. Defendants' false statements and omissions caused Cabot Oil stock to trade at artificially inflated prices throughout the Class Period.

On July 26, 2019, Cabot Oil filed its quarterly report on Form 10-Q with the SEC for the quarter ended June 30, 2019. The Form 10-Q disclosed that the Company had received two proposed Consent Order and Agreements related to two Notices of Violation it had received from the Pennsylvania Department of Environmental Protection two years earlier (in June and November 2017) for failure to prevent the migration of gas into fresh groundwater sources in the area surrounding Susquehanna County, Pennsylvania. As a result of this news, the price of Cabot Oil stock declined 12%.

Then, on June 15, 2020, following a grand jury investigation, the Pennsylvania Attorney General's office charged Cabot Oil with 15 criminal counts due to its failure to fix the faulty gas wells that had polluted Pennsylvania's water supplies through stray gas migration. In

announcing the charges, Pennsylvania's Attorney General, Josh Shapiro, emphasized that defendants "'put their bottom line ahead of the health and safety of our neighbors'" and that "'Cabot knows what they've done.'" On this news, the price of Cabot Oil stock declined more than 3%.

The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities litigation. With 200 lawyers in 9 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For seven consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in the world in both amount recovered for shareholders and total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and have recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also specializes in implementing corporate governance reforms, helping to improve the financial markets for investors worldwide. Robbins Geller attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.rgrdlaw.com for more information.

Contact:
    Robbins Geller Rudman & Dowd LLP
    J.C. Sanchez, 800-449-4900
    jsanchez@rgrdlaw.com

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw

https://www.facebook.com/rgrdlaw