## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,** | : : : : : | **CIVIL ACTION NO. 3:20-CV-1815** |
| | : | **(Judge Conner)** |
| **Plaintiff** | : : | |
| **v.** | : : | |
| **CABOT OIL & GAS CORPORATION, DAN O. DINGES, and SCOTT C. SCHROEDER,** | : : : : | |
| **Defendants** | : : | |

### <u>ORDER</u>

AND NOW, this 3rd day of February, 2021, upon consideration of plaintiff's

unopposed motion (Doc. 20) for appointment of lead plaintiff and lead counsel, and

for the reasons set forth in the accompanying memorandum, it is hereby

ORDERED that:

1.     The motion (Doc. 20) is GRANTED.

2.     The file in Case No. 3:20-cv-01815-CCC shall be the master file for the action. All securities class actions on behalf of purchasers of Cabot Oil & Gas Corporation securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without

prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania